# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FREDRICK D. FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES SHERIFF'S<br>DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. CV 08-04126-AHM (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: February 24, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE