# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FREDRICK D. FRANKLIN, | No. CV 08-04126-AHM (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: February 24, 2009

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE